AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | | |
|---|---|---|
| PEACE OF MIND PHARMACEUTICALS LLC<br>*Plaintiff(s)*<br>v.<br>DRUG ENFORCEMENT ADMINISTRATION<br>*Defendant(s)* | ) | Civil Action No. 1:24-cv-00338 -REB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Per FRCP Rule 4(i):
U.S. Atty for Dist. of CO, Attn: Cole Finegan
1801 California Street, Ste. 1600, Denver, CO 80202
&
Attorney General of the United States, c/o Assistant Attorney General for Admin.,
per 28 C.R.F. 0.77(j); USDOJ, Justice Mgmt. Div., Attn: Jolene Ann Lauria,
950 Pennsylvania Avenue NW, Rm 1111, Washington DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Peace of Mind Pharmaceuticals LLC
Matthew R. Larson
3003 East 3rd Avenue, Suite B109A
Denver, CO 80209
Telephone: (303) 825-0108
E-mail: Matt@POMpharma.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 02/05/2024

/s/ B. Lawson
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:24-cv-00338-REB

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* __________

was received by me on *(date)* __________ .

❐ I personally served the summons on the individual at *(place)* __________

__________ on *(date)* __________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* __________

__________ , a person of suitable age and discretion who resides there,

on *(date)* __________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* __________ , who is

designated by law to accept service of process on behalf of *(name of organization)* __________

__________ on *(date)* __________ ; or

❐ I returned the summons unexecuted because __________ ; or

❐ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________ .

I declare under penalty of perjury that this information is true.

Date: __________

__________

*Server's signature*

__________

*Printed name and title*

__________

*Server's address*

Additional information regarding attempted service, etc: