**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-00338-REB

PEACE OF MIND PHARMACEUTICALS LLC,

Plaintiff,

v.

DRUG ENFORCEMENT ADMINISTRATION,

Defendant.

---

AFFIDAVIT OF SERVICE

---

I, Matthew R. Larson, counsel for Plaintiff Peace of Mind Pharmaceuticals LLC ("POM Pharma"), declare under the penalty of perjury that on February 21, 2024, I caused copies of the summons and complaint to be served on Defendant Drug Enforcement Administration ("DEA") by U.S. Postal Service Certified Mail to:

U.S. Attorney Cole Finegan
Attn: Civil Process Clerk
1801 California Street
Suite 1600
Denver, CO 80202

U.S. Department of Justice
Attn: Justice Management Division /
Civil Process Clerk
950 Pennsylvania Avenue NW
Room 1111
Washington DC 20530

DEA Diversion Control Division
Attn: Office of the Chief Counsel / Civil Process Clerk
8701 Morrissette Drive
Springfield, VA 22152

Dated this 25th day of February, 2024.

Respectfully submitted,

Peace of Mind Pharmaceuticals LLC
By: Matthew R. Larson
Its: President & Counsel

s/ Matthew R. Larson
***Matthew R. Larson***
3003 East 3rd Avenue, Suite B109A
Denver, CO 80206
Telephone: (303) 825-0108
E-mail: Matt@POMpharma.org

Counsel for Plaintiff Peace of Mind Pharmaceuticals LLC