**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-00338

PEACE OF MIND PHARMACEUTICALS LLC,

Plaintiff,

v.

DRUG ENFORCEMENT ADMINISTRATION,

Defendant.

---

**MINUTE ORDER**[1]

---

This matter is before the court *sua sponte*. This case has been assigned to the AP docket in error. This case does not fall within the scope of cases subject to management as an AP case under D.C.COLO. LAPR 1.1(c) governing cases challenging an action or final decision of an administrative agency.

In contrast, the plaintiff in the above-captioned case alleges the defendant has failed to take action on the plaintiff's application. The plaintiff does not challenge an action or final decision of an administrative agency. Rather, the plaintiff seeks an order compelling the defendant to act on the application. Primarily, the relief sought by the plaintiff is in the nature of mandamus.

**THEREFORE, IT IS ORDERED** that the clerk shall assign this case to judicial officers under D.C.COLO.LCivR 40.1.

Dated: February 28, 2024

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.