**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-00338-NRN

PEACE OF MIND PHARMACEUTICALS LLC,

Plaintiff,

v.

DRUG ENFORCEMENT ADMINISTRATION,

Defendant.

---

**NOTICE OF ENTRY OF APPEARANCE OF COUNSEL**

---

To: The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Defendant Drug Enforcement Administration.

Respectfully submitted this 17th day of April, 2024.

COLE FINEGAN
United States Attorney

*s/ Jennifer R. Lake*
**Jennifer R. Lake**
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: jennifer.lake@usdoj.gov
Counsel for Defendant

Counsel for Defendant

**CERTIFICATE OF SERVICE (CM/ECF)**

I certify that on April 17, 2024, I filed the foregoing with the Clerk of the Court for the District of Colorado using the CM/ECF system, which will send notification of such filing to all CM/ECF users associated with this case:

Matthew R. Larson
matt@pompharma.org

Counsel for Plaintiff

*s/Jennifer R. Lake*
Jennifer R. Lake
Assistant United States Attorney