IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00338-NRN

PEACE OF MIND PHARMACEUTICALS LLC,

Plaintiff,

v.

DRUG ENFORCEMENT ADMINISTRATION,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that Defendant's Unopposed Motion for Extension of Time to Respond to Complaint and to Reset Scheduling Conference (Dkt. #9) is GRANTED. Defendant shall answer or otherwise respond to Plaintiff's Complaint on or before May 23, 2024. The Scheduling Conference set for May 21, 2024 at 2:00 p.m. is VACATED and RESET to June 11, 2024 at 2:30 p.m. The proposed Scheduling Order is due on or before June 4, 2024, and the deadline to file the consent/non-consent form is extended to May 28, 2024.

Date: April 18, 2024