IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00338-NRN

PEACE OF MIND PHARMACEUTICALS LLC,

Plaintiff,

v.

DRUG ENFORCEMENT ADMINISTRATION,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

This matter is before the Court on Defendant's Second Motion for Extension of Time to Respond to Complaint and to Re-Set Scheduling Conference. ECF No. 11. It is hereby ORDERED that a telephonic Status Conference is SET on June 4, 2024 at 11:30 a.m. Defendant's deadline to answer or otherwise respond to the Complaint, and all discovery deadlines, are stayed pending further Order from the Court.

Five minutes prior to the scheduled time, the parties shall call the conference line at (571) 353-2301, Access Code 841686937# to participate.

Date: May 21, 2024