IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

Civil Action No: 24-cv-00338-NRN
Courtroom Deputy: Meghan Smotts

Date: June 4, 2024
FTR: Courtroom A401

| *Parties:* | *Counsel:* |
| --- | --- |
| PEACE OF MIND PHARMACEUTICALS LLC, | Matthew Larson |
| Plaintiffs, | |
| v. | |
| DRUG ENFORCEMENT ADMINISTRATION, | Jennifer Lake |
| Defendant. | |

**COURTROOM MINUTES**

**TELEPHONIC STATUS CONFERENCE**

**11:30 a.m. Court in session.**

Court calls case. Appearances of Counsel.

Status of case discussed. This matter is before the Court on Defendant's Second Motion for Extension of Time to Respond to Complaint and to Re-set Scheduling Conference (Dkt. #11).

For the reasons stated on the record, it is

**ORDERED:** The case is further **STAYED** until the next Telephonic Status Conference including the Defendant's deadline to respond to complaint.

**ORDERED**: The **Telephonic Status Conference** is set for **July 11, 2024, at 11:00 a.m.** before Magistrate Judge N. Reid Neureiter in Courtroom A401, Fourth floor, Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado 80294. **Five minutes prior to the start of the hearing, the parties shall call the conference line 571-353-2301, Access Code 841686937# to participate.** The Court notes that the parties may hear the conclusion of a

prior hearing at the time they call in and are instructed to simply wait until their case is called.

**11:48 a.m. Court in recess.**

Hearing concluded.
Total in-court time: 00:18

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.