**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-00338-NRN

PEACE OF MIND PHARMACEUTICALS LLC,

Plaintiff,

v.

DRUG ENFORCEMENT ADMINISTRATION,

Defendant.

---

**PLAINTIFF'S UNOPPOSED MOTION FOR PARTIAL DISMISSAL AND STAY OF ACTION**

---

Following the recent issuance by Defendant of an Order to Show Cause on May 31, 2024, Plaintiff moves to dismiss without prejudice Plaintiff's first claim that Defendant has unreasonably delayed the adjudication of Plaintiff's application (please see ECF No. 1, ¶¶ 39 - 44) and to stay Plaintiff's second claim that Defendant has violated Plaintiff's right to due process under the Fifth Amendment of the United States Constitution (please see ECF No. 1, ¶¶ 45 - 49) until after the completion of the pending administrative proceedings for the recent Order to Show Cause.

1. On February 4, 2024, Plaintiff Peace of Mind Pharmaceuticals LLC ("POM Pharma") filed this lawsuit, alleging that Defendant Drug Enforcement Administration ("DEA") has (i) unreasonably delayed adjudicating its application for registration as an importer of controlled substances for use in the practice of medical aid in dying (please

see ECF 1, ¶¶ 39 - 44); and (ii) has violated Plaintiff's right to due process under the Fifth Amendment of the United States Constitution (please see ECF 1, ¶¶ 45 - 49).

2. Following the filing of this lawsuit, Defendant issued to Plaintiff an Order to Show Cause, dated May 30, 2024 (received by Plaintiff on May 31, 2024), as to why Defendant DEA should not deny Plaintiff's application for being inconsistent with the public interest.

3. Plaintiff has requested an administrative hearing and filed an Answer to Defendant's Order to Show Cause, and a prehearing conference with the presiding Administrative Law Judge is currently scheduled for August 13, 2024.

4. The recent Order to Show Cause constitutes action on Plaintiff's application and therefore Plaintiff respectfully requests that the Court dismiss without prejudice Plaintiff's first claim for unreasonable delay under the Administrative Procedure Act (please see ECF 1, ¶¶ 39 - 44) pursuant to Fed. R. Civ. P. 41(a)(2).

5. Plaintiff moves to stay Plaintiff's second claim for violation of due process under the Fifth Amendment of the United States Constitution (please see ECF 1, ¶¶ 45 - 49) until 45 (forty-five) calendar days following the completion of the administrative proceedings. The completion of the administrative proceedings shall be when the Administrator of the DEA issues the final agency adjudication following the recommendations of the Administrative Law Judge to the Administrator.

6. Defendant's recent Order to Show Cause raised additional concerns related to Plaintiff's due process claim, which will be the sole remaining claim of the action upon the Court's grant of the requested dismissal of Plaintiff's unreasonable

delay claim. Staying the action until after the completion of the administrative proceedings will further the judicial efficiency of this Court by affording Plaintiff the opportunity to potentially alleviate its concerns over the pendency of the administrative proceedings and/or develop a record in the administrative proceedings that may potentially reduce the extent of discovery required in this action.

7. Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel has conferred with counsel for Defendant, and Defendant does not oppose the relief requested herein.

Respectfully submitted this 9th day of July, 2024.

Peace of Mind Pharmaceuticals LLC
By: Matthew R. Larson
Its: President & Counsel

s/ Matthew R. Larson
3003 East 3rd Avenue, Suite B109A
Denver, CO 80209
Telephone: (303) 825-0108
E-mail: Matt@POMpharma.org

Counsel for Plaintiff

**Certificate of Service (CM/ECF)**

I certify that on July 9, 2024, I filed the foregoing with the Clerk of the Court for the District of Colorado using the CM/ECF system, which will send notification of such filing to all CM/ECF users associated with this case:

Jennifer R. Lake
jennifer.lake@usdoj.gov

Counsel for Defendant

s/ Matthew R. Larson
Counsel for Plaintiff