IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00338-NRN

PEACE OF MIND PHARMACEUTICALS LLC,

Plaintiff,

v.

DRUG ENFORCEMENT ADMINISTRATION,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge N. Reid Neureiter

Due to a personal matter, it is hereby ORDERED that the Status Conference set for July 11, 2024 at 11:00 a.m. is VACATED. The parties are directed to jointly contact Chambers at (303) 335-2403 or neureiter_chambers@cod.uscourts.gov to reschedule.

Date: July 10, 2024