IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00338-NRN

PEACE OF MIND PHARMACEUTICALS LLC,

Plaintiff,

v.

DRUG ENFORCEMENT ADMINISTRATION,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge N. Reid Neureiter

Pursuant to communications with the parties, it is hereby ORDERED that a Status Conference is SET on July 16, 2024 at 9:30 a.m. Five minutes prior to the scheduled time, participants shall call the conference line at (571) 353-2301, Access Code 841686937#.

Date: July 11, 2024