IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

Civil Action No: 24-cv-00338-NRN
Courtroom Deputy: Román Villa

Date: July 16, 2024
FTR: Courtroom A401

| *Parties:* | *Counsel:* |
|---|---|
| PEACE OF MIND PHARMACEUTICALS, LLC, | Matthew Larson |
| Plaintiff, | |
| v. | |
| DRUG ENFORCEMENT ADMINISTRATION, | Jennifer Lake |
| Defendant. | |

**COURTROOM MINUTES**

**STATUS CONFERENCE**

**9:28 a.m. Court in session.**

Court calls case. Appearances of Counsel.

Preliminary remarks by the Court regarding Plaintiff's Unopposed Motion for Partial Dismissal and Stay of Action (Dkt. #17).

For the reasons stated on the record, it is

**ORDERED:** This matter is **STAYED** pending resolution of the administrative proceedings. Defendant shall file a Status Report by January 17, 2025 updating the Court on the status of the administrative proceedings.

**ORDERED:** Within 5 days of the resolution of the administrative proceedings, the parties shall file a follow-up Joint Status Report informing the court on how this matter will proceed.

**9:34 a.m. Court in recess.**

Hearing concluded.
Total in-court time: 00:06

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.