**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-00338-NRN

PEACE OF MIND PHARMACEUTICALS LLC,

Plaintiff,

v.

DRUG ENFORCEMENT ADMINISTRATION,

Defendant.

---

**NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby provides notice of its voluntary dismissal of this action.

1. On February 4, 2024, Plaintiff Peace of Mind Pharmaceuticals LLC ("POM Pharma") filed this lawsuit, alleging that Defendant Drug Enforcement Administration ("DEA") had (i) unreasonably delayed adjudicating its application for registration as an importer of controlled substances for use in the practice of medical aid in dying (please see ECF 1, ¶¶ 39 - 44); and (ii) had violated Plaintiff's right to due process under the Fifth Amendment of the United States Constitution (please see ECF 1, ¶¶ 45 - 49).

2. Following the filing of this lawsuit, the DEA issued an Order to Show Cause to POM Pharma, dated May 30, 2024, as to why DEA should not deny POM Pharma's application for being inconsistent with the public interest and administrative proceedings were subsequently commenced.

3. In a status conference held on July 16, 2024, this Court stayed the action pending resolution of the administrative proceedings.

4. For the reasons described in the attached letter to the DEA dated September 15, 2024, POM Pharma requested permission from the DEA to withdraw its application. Please see Exhibit 1.

5. In a letter dated October 3, 2024, DEA accepted POM Pharma's request to withdraw its application. Please see Exhibit 2.

6. In an order dated October 4, 2024, the presiding Administrative Law Judge issued an order terminating the administrative proceedings. Please see Exhibit 3.

7. I want to express my deep gratitude to both the Assistant U.S. Attorney and this Court for the professionalism, respect, and courtesy afforded to POM Pharma throughout this proceeding. Thank you.

[continued on the following page]

Respectfully submitted this 9th day of October, 2024.

Peace of Mind Pharmaceuticals LLC
By: Matthew R. Larson
Its: President & Counsel

s/ Matthew R. Larson
3003 East 3rd Avenue, Suite B109A
Denver, CO 80209
Telephone: (303) 825-0108
E-mail: Matt@POMpharma.org

Counsel for Plaintiff

**Certificate of Service (CM/ECF)**

I certify that on October 9, 2024, I filed the foregoing with the Clerk of the Court for the District of Colorado using the CM/ECF system, which will send notification of such filing to all CM/ECF users associated with this case:

Jennifer R. Lake
jennifer.lake@usdoj.gov

Counsel for Defendant

s/ Matthew R. Larson
Counsel for Plaintiff

Exhibit 1

PEACE OF MIND PHARMACEUTICALS LLC

3003 E. 3RD AVE, STE. B-109A
DENVER, CO 80206
303.825.0108
MATT@POMPHARMA.ORG

September 15, 2024

DEA Administrator Milgram
U.S. Drug Enforcement Administration
c/o Dhairya D. Jani, Attorney, U.S. Department of Justice, DEA, Office of Chief Counsel
600 Army Navy Drive
Arlington, VA 22202

**RE: Request for permission to withdraw application**

Dear DEA Administrator Milgram:

Pursuant to 21 C.F.R. §1301.16, POM Pharma respectfully submits this formal request for permission to withdraw our pending application (Control No. W21024430J).

We had hoped that the recent Order to Show Cause resulted from a misunderstanding caused by communication issues, which we sought to address in our Corrective Action Plan. When our Corrective Action Plan was denied, we further hoped that POM Pharma and DEA could resolve this misunderstanding during the administrative appeal process. However, it has now become clear that DEA does not share POM Pharma's assessment and instead views our application as fatally flawed and irreparably inconsistent with the public interest.

As a nonprofit structured to become self-sustaining upon obtaining DEA approval to import and wholesale distribute a short-acting barbiturate for use in medical aid in dying, and having relied on volunteers and financial generosity in the interim, our ability to achieve this objective has always depended on a collaborative, positive relationship with DEA. We are not structured to oppose DEA or the full resources of the United States federal government – nor do we have any desire to do so, as life is simply too short.

The withdrawal of our application will serve the interests of judicial economy and spare DEA precious time and resources that would otherwise be required to adjudicate our application.

Thank you for your consideration.

Sincerely,

Matt Larson

Matt Larson
POM Pharma

Exhibit 2

**U.S. Department of Justice**
**Drug Enforcement Administration**

*www.dea.gov* Springfield, VA 22152

**IN THE MATTER OF**

Peace of Mind Pharmaceuticals LLC (POM Pharma)
3003 East 3rd Avenue
Suite B-109A
Denver, Colorado 80206-5110

Matthew Larson, Esq.
President, POM Pharma

Dear Mr. Larson:

I have received and considered your written request on behalf of POM Pharma, dated September 15, 2024, to withdraw POM Pharma's pending application for a Drug Enforcement Administration (DEA) Certificate of Registration (Application Control No. W21024430J), seeking to be registered as an Importer of Schedule II non-narcotic and Schedule III non-narcotic controlled substances. This withdrawal request is pursuant to 21 Code of Federal Regulations Section 1301.16, after the DEA issued an Order to Show Cause on POM Pharma's Application Control No. W21024430J on May 30, 2024.

I hereby permit you to withdraw POM Pharma's Application Control No. W21024430J because the withdrawal is in the public interest.

THOMAS PREVOZNIK Digitally signed by THOMAS PREVOZNIK Date: 2024.10.03 10:53:07 -04'00'

Thomas W. Prevoznik
Assistant Administrator
Diversion Control Division
Drug Enforcement Administration

cc: Dhairya D. Jani, Government Counsel

Exhibit 3

**UNITED STATES DEPARTMENT OF JUSTICE**

**Drug Enforcement Administration**

| | |
|---|---|
| In the Matter of<br><br>**Peace of Mind Pharmaceuticals LLC** | **Docket No. 24-53** |

**ORDER TERMINATING PROCEEDINGS**

On October 4, 2024, the Government filed an Unopposed Motion to Terminate Proceedings. The Government avers that, on September 15, 2024, Respondent Peace of Mind Pharmaceuticals submitted a written request to the Administrator of the Drug Enforcement Administration (DEA) seeking permission to withdraw its pending DEA Certificate of Registration (COR) application, Control No. W21024430J, pursuant to 21 C.F.R. § 1301.16. Unopposed Mot. to Terminate at 1. On October 3, 2024, DEA's Assistant Administrator of Diversion Control issued a letter to Respondent permitting the withdrawal of Respondent's DEA COR application based on public interest grounds. *Id*. Respondent concurs with the Government's Motion to Terminate Proceedings. *Id*. at 2.

Because Respondent has been permitted to withdraw its application for a COR, there is no longer any basis for these proceedings. Accordingly, the Unopposed Motion to Terminate Proceedings is **GRANTED**. It is hereby **ORDERED** that the hearing scheduled for November 4, 2024 to November 8, 2024 and November 18, 2024 to November 22, 2024 is **CANCELED**, and these administrative proceedings are **TERMINATED**.

Dated: October 4, 2024

TERESA WALLBAUM Digitally signed by TERESA WALLBAUM Date: 2024.10.04 12:53:13 -04'00'

TERESA A. WALLBAUM
Administrative Law Judge

## CERTIFICATE OF SERVICE

This is to certify that the undersigned, on October 4, 2024, caused a copy of the foregoing to be delivered to the following recipients: (1) Dhairya D. Jani, Esq., Counsel for the Government, via email to Dhairya.D.Jani@dea.gov and to the DEA Government Mailbox at dea.registration.litigation@dea.gov; and (2) Matt Larson, Esq., Counsel for Respondent, via email to Matt@POMpharma.org.

BRIONNA HOOD Digitally signed by BRIONNA HOOD Date: 2024.10.04 12:56:08 -04'00'

Brionna Hood
Secretary (CTR)
Office of Administrative Law Judges